IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**DARRYL MAURICE YOUNG,**

      **Plaintiff,**

v.	Case No.  4:14cv547-MW/CAS

**MRS. A.L. RALPH, et al.,**

      **Defendants.**

_____/

ORDER ACCEPTING
REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate's Report and Recommendation, ECF No.7, and has also reviewed *de novo* Plaintiff's objection to the report and recommendation, ECF No.12, along with Plaintinff's Notice and Motion for a Martinez Report, ECF No. 11, and Request to Take Judicial Notice, ECF No. 13.   Accordingly

    IT IS ORDERED:

The report and recommendation is **accepted and adopted**, over Plaintiff's objection, as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED without prejudice** because Plaintiff is barred by 28 U.S.C. § 1915(g) from initiating a civil rights case in federal court without full payment of

1

the filing fee at the time he submits his complaint.  All pending motions, ECF Nos. 2, 3, 4, and 11, are **DENIED**."   The Clerk shall close the file.

    **SO ORDERED on November 14, 2014.**

                                       <u>s/Mark E. Walker</u>
                                       **United States District Judge**